# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEO WESTERFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>C/O GOMEZ, et al.,<br><br>    Defendants. | Case No. CV 16-5957 DSF (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 10/6/17

*/s/ Dale S. Fischer*

———————————
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE